The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-048 RAJ |
|---|---|
| Plaintiff | |
| | [~~PROPOSED~~] ORDER ISSUING CORRECTED ARREST WARRANT |
| v. | |
| TILL KOTTMAN, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant on March 18, 2021, and good cause having been found to correct the arrest warrant issued on that date at ECF No. 6, based on the Government's Motion to Correct Arrest Warrant,

IT IS ORDERED that a corrected arrest warrant shall be issued adding the following language to the list of offenses: "Count 8: Title 18, United States Code, Sections 1028A(a) and 2 – Aggravated Identity Theft."

DATED this  6th  day of October, 2022.

_____
BRIAN A. TSUCHIDA
U.S. MAGISTRATE JUDGE

Order to Correct Arrest Warrant - 1
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3
4  *s/ Miriam R. Hinman*
   MIRIAM R. HINMAN
5  Assistant United States Attorney

Order to Correct Arrest Warrant - 2
*United States v. Till Kottman*/ CR21-048 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970